IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBORAH JACKSON,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:15-CV-3136-L** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the court is Defendant United States of America's Motion to Dismiss for Lack of Subject-Matter Jurisdiction or, in the Alternative, Motion for a More Definite Statement (Doc. 17), filed May 27, 2016. On November 14, 2016, United States Magistrate Judge Irma Carrillo Ramirez entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that Plaintiff be given an opportunity to amend her complaint within the time that is allowed for objections to the Report. If Plaintiff does not file an amended complaint, the Report recommends that Defendant's motion to dismiss for lack of subject matter jurisdiction be granted and that Plaintiff's action be dismissed without prejudice. More than 30 days have elapsed since the Report was filed, and Plaintiff has not amended her complaint or filed any objections to the Report.

Having reviewed the motion, record in this case, applicable law, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant United States of America's Motion

to Dismiss for Lack of Subject-Matter Jurisdiction; **denies as moot** Defendant's Motion for a More Definite Statement; and **dismisses** Plaintiff's action **without prejudice**.

    **It is so ordered** this 27th day of December, 2016.

                                         Sam A. Lindsay
                                         United States District Judge